No. 11-6239 (11A289). **Manuel Valle, Petitioner v. Steven Singer, Warden, et al.**

564 U.S. 1069, 132 S. Ct. 73, 180 L. Ed. 2d 941, 2011 U.S. LEXIS 5209.

September 28, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 655 F.3d 1223.